1030

[No. 39897-1-I.    Division One.    March 8, 1999.]

VIRGINIA PIERCE, *Respondent*, v. GILL E. ANDERSON, M.D., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-04998-2, Harriett M. Cody, J., entered November 20, 1996. *Reversed* by unpublished opinion per Grosse, J., concurred in by Agid, A.C.J., and Cox, J.

[No. 40562-4-I.    Division One.    March 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY EARL PUGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-06843-4, Steven G. Scott, J., entered March 25, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Becker, JJ.

[No. 41112-8-I.    Division One.    March 8, 1999.]

KURT WEBER, *Respondent*, v. TRISTAR AEROSPACE, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-32356-1, Robert H. Alsdorf, J., entered May 30, June 27, and July 30, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Becker, JJ.

[No. 41118-7-I.    Division One.    March 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ROBERT ASTRIDES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00172-7, Anita L. Farris, J., entered July 7, 1997. *Affirmed* by unpublished per curiam opinion.